**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7602**

———————

KELVIN CHRISTIAN,

        Plaintiff - Appellant,

    v.

LUTHER WRIGHT, M.D.,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:11-cv-01163-LO-JFA)

———————

Submitted: March 29, 2012        Decided: April 3, 2012

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kelvin Christian, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Christian appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Christian v. Wright, No. 1:11-cv-01163-LO-JFA (E.D. Va. Nov. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED